**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER SANTOS MORAN and GLADYS CAROLINA SANTOS, <br><br> Plaintiffs, <br><br> v. <br><br> LENDINGCLUB CORPORATION, LENDMARK FINANCIAL SERVICES, LLC, TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendants. | Case No.: 5:21-cv-00510-MEMF(SPx) <br><br> **ORDER GRANTING PARTIES' STIPULATION DISMISSING DEFENDANT TRANS UNION LLC WITH PREJUDICE** <br> **[ECF NO. 38]** |

/ / /
/ / /

1

On March 16, 2022, the parties filed a Notice of Settlement (ECF No. 35) in which they indicated they had conditionally settled this action. On May 25, 2022, the parties filed a Joint Stipulation requesting the Court dismiss remaining Defendant Trans Union, LLC ("TransUnion") with prejudice. ECF No. 38.

The Court, having considered the parties' request and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Stipulation is approved in its entirety;
2. TransUnion is hereby dismissed with prejudice including all claims, counterclaims, crossclaims, or third-party claims raised by any of the parties in this matter; and
3. The parties shall bear their own respective attorneys' fees and costs arising from this case.

IT IS SO ORDERED.

Dated: June 14, 2022

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge